**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 20 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MATT O'DEA,

  Plaintiff - Appellee,

 v.

BNSF RAILWAY COMPANY,

  Defendant - Appellant,

 and

MONTANA DEPARTMENT OF LABOR
AND INDUSTRY; MONTANA HUMAN
RIGHTS COMMISSION,

  Defendants.

No. 08-35525

D.C. No. 6:07-CV-00069-CCL

ORDER*

Appeal from the United States District Court
for the District of Montana
Charles C. Lovell, District Judge, Presiding

Argued and Submitted January 13, 2010
Seattle, Washington

---

 *     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

Before: KLEINFELD and TALLMAN, Circuit Judges, and SETTLE,[**] District Judge.

We lack jurisdiction over an appeal from a remand order entered due to a lack of subject matter jurisdiction. *See* 28 U.S.C. § 1447; *Carlsbad Tech. Inc. v. HIF Bio, Inc.*, --- U.S. --- , 129 S. Ct. 1862, 1865–66 (2009). Costs on appeal are awarded to Appellee. *See* Fed. R. App. P. 39.

**DISMISSED.**

---

[**] Honorable Benjamin Hale Settle, United States District Judge for the Western District of Washington, sitting by designation.